IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LEE HACKLER and PATRICIA HACKLER                                              PLAINTIFFS

v.                              Case No. 2:17-CV-2124

CITY OF DYER, ARKANSAS and
LONNIE ROBINS AND VERONICA ROBINS,
individually and in their capacity as official
agents of the City of Dyer, Arkansas                                          DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiffs' claims raised in counts three, six, seven, and eight of the complaint are DISMISSED WITH PREJUDICE and Plaintiff's procedural due process claim raised in count nine and state law claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 23rd day of May, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE